Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–22978–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Anthony Martinez
 aka Anthony Bracero
 24 Birch Terrace
 Parlin, NJ 08859

Social Security No.:
 xxx–xx–1860

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 12/3/19
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 4, 2019
JAN: vpm

　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Martinez  
    Debtor

Case No. 19-22978-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 04, 2019  
                   Form ID: 132     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.

```
db              +Anthony Martinez,    24 Birch Terrace,    Parlin, NJ 08859-1104
cr              +WRI Property Management, LLC, Agent for LSFP Maste,    3630 Peachtree Rd NE, Suite 1400,
                  Atlanta, GA 30326-1823
518331249       +Deal Credit Corp,    174 Main Street, Suite 120,    Eatontown, NJ 07724-3439
518431189        Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518331250        Hackensack Meridian Health Physician Bil,    PO Box 419801,    Boston, MA 02241-9801
518331252        Lenox Hill Hospital,    c/o Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
518331254       +MTA Bridges and Tunnels,    c/o Transworld Systems, Inc.,    1105 Schrock Road, Suite 300,
                  Columbus, OH 43229-1174
518393798       +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                  Addison, Texas 75001-9013
518331253       +Medallion Bank,    1100 East 6600 South,    Suite 510,    Salt Lake City, UT 84121-7422
518331256       +NJ Doctors Urgent Care of Sayreville,    963 Route 9 North,    South Amboy, NJ 08879-3302
518331257        North Shore-LIJ Medical Group,    c/o Professional Claims Bureau, Inc.,    PO Box 9060,
                  Hicksville, NY 11802-9060
518364399       +Ralph Talerico,    128 Stobe Avenue,    Staten Island, NY 10306-3518
518351453       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518331258       +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
518331259        Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
518331260        Systems & Services Technologies, Inc.,    PO Box 5493,    Carol Stream, IL 60197-5493
518331262        Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
518331263       +WRI Property Management,    c/o Elisabete M. Rocha, Esquire,    3 Becker Farm Road, Suite 105,
                  Roseland, NJ 07068-1726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:03     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:26:00     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518429073       +E-mail/Text: g20956@att.com Nov 05 2019 00:26:31     AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
518331247       +E-mail/Text: DONNA@SAYREVILLE.COM Nov 05 2019 00:25:57     Borough of Sayreville,
                  Water and Sewer Utilities,    167 Main Street,    Sayreville, NJ 08872-1149
518331248        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:33:29     Capital One,
                  PO Box 6492,    Carol Stream, IL 60197-6492
518404371       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2019 00:35:12
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518451743       +E-mail/Text: bncmail@w-legal.com Nov 05 2019 00:26:13     CarePoint Health - Physican CHMG,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518406384       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 05 2019 00:26:38
                  Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
518364397        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 05 2019 00:26:38
                  Hyundai Motor Finance,    PO Box 660891,    Dallas, TX 75266-0891
518331251        E-mail/Text: cio.bncmail@irs.gov Nov 05 2019 00:25:25     IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
518331255        E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2019 00:25:59     New Jersey E-Z Pass,
                  c/o RMCB,    PO BOX 1235,    Elmsford, NY 10523-0935
518364398        E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 05 2019 00:26:42
                  The Charter Oak Fire Insurance Co.,    c/o CCSC,    Payment Processing Center,    PO Box 55156,
                  Boston, MA 02205-5156
518331261        E-mail/Text: kristin.villneauve@allianceoneinc.com Nov 05 2019 00:23:41
                  The Port Authority of NY & NJ,    c/o AllianceOne Receivables Management,    PO Box 3103,
                  Southeastern, PA 19398-3103
                                                                                                TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518364396      Camela Lameer
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: 132             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
              Albert    Russo      on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              David  Nigro     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net
              Denise E. Carlon     on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey E. Jenkins     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey M. Rosenthal     on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
               Master Participation Trust jrosenthal@lawfirm.ms,
               jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com
              Kevin Gordon McDonald     on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```