**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security     0  Assumption of Executory Contract or Unexpired Lease     0  Lien Avoidance

**Last revised: September 1, 2018**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: Anthony Martinez

Case No.: 19-22978

Judge: MBK

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        Date: 10/29/2019

☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __SFR__        Initial Debtor: __AM__        Initial Co-Debtor: _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __975__ per __month__ to the Chapter 13 Trustee, starting on __November 2019__ for ~~approximately~~ remaining __57__ months. (60 months total)

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

     a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4083.08 plus all other court approved fees and costs |
| ~~DOMESTIC SUPPORT OBLIGATION~~ | | |

     b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:   Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| WRI Property Management | Residential lease | $12,270 | N/A | $12,270 | As due starting August 1, 2019 |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Santander | 2018 Chevy Traverse | $32,270 | $33,000 | N/A | $32,270 | 6% | $37,432 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Deal Credit | 2015 Chevy Silverado | $22,000 | Unknown - Remaining balance |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| WRI Property Management | $12,270 | Residential lease | Assumed | As due |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Santander | 2018 Chevy Traverse | $32,270 | $33,000 | $37,432 | Payments as due |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Jenkins & Clayman
3) Santander
4) WRI Property Management

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 07/19/2019             .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To surrender vehicle secured by Deal Credit | To remove Deal Credit from repayment. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 10/29/2019                                         /s/ Anthony Martinez
                                                          Debtor

Date: _____                              _____
                                                          Joint Debtor

Date: 10/29/2019                                          /s/ Stephanie F. Ritigstein
                                                          Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22978-MBK
Anthony Martinez                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: pdf901          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
```
db             +Anthony Martinez,    24 Birch Terrace,    Parlin, NJ 08859-1104
cr             +WRI Property Management, LLC, Agent for LSFP Maste,    3630 Peachtree Rd NE, Suite 1400,
                 Atlanta, GA 30326-1823
518331249      +Deal Credit Corp,    174 Main Street, Suite 120,    Eatontown, NJ 07724-3439
518431189       Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518331250       Hackensack Meridian Health Physician Bil,    PO Box 419801,    Boston, MA 02241-9801
518331252       Lenox Hill Hospital,    c/o Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
518331254      +MTA Bridges and Tunnels,    c/o Transworld Systems, Inc.,    1105 Schrock Road, Suite 300,
                 Columbus, OH 43229-1174
518393798      +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                 Addison, Texas 75001-9013
518331253      +Medallion Bank,    1100 East 6600 South,    Suite 510,    Salt Lake City, UT 84121-7422
518331256      +NJ Doctors Urgent Care of Sayreville,    963 Route 9 North,    South Amboy, NJ 08879-3302
518331257       North Shore-LIJ Medical Group,    c/o Professional Claims Bureau, Inc.,    PO Box 9060,
                 Hicksville, NY 11802-9060
518364399      +Ralph Talerico,    128 Stobe Avenue,    Staten Island, NY 10306-3518
518351453      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518331258      +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
518331259       Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
518331260       Systems & Services Technologies, Inc.,    PO Box 5493,    Carol Stream, IL 60197-5493
518331262       Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
518331263      +WRI Property Management,    c/o Elisabete M. Rocha, Esquire,    3 Becker Farm Road, Suite 105,
                 Roseland, NJ 07068-1726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:03     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:25:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518429073      +E-mail/Text: g20956@att.com Nov 05 2019 00:26:31     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
518331247      +E-mail/Text: DONNA@SAYREVILLE.COM Nov 05 2019 00:25:57     Borough of Sayreville,
                 Water and Sewer Utilities,    167 Main Street,    Sayreville, NJ 08872-1149
518331248       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:33:27     Capital One,
                 PO Box 6492,    Carol Stream, IL 60197-6492
518404371      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2019 00:45:34
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518451743      +E-mail/Text: bncmail@w-legal.com Nov 05 2019 00:26:13     CarePoint Health - Physican CHMG,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518406384      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 05 2019 00:26:38
                 Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
518364397       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 05 2019 00:26:38
                 Hyundai Motor Finance,    PO Box 660891,    Dallas, TX 75266-0891
518331251       E-mail/Text: cio.bncmail@irs.gov Nov 05 2019 00:25:18     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
518331255       E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2019 00:25:59     New Jersey E-Z Pass,
                 c/o RMCB,    PO BOX 1235,    Elmsford, NY 10523-0935
518364398       E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 05 2019 00:26:42
                 The Charter Oak Fire Insurance Co.,    c/o CCSC,    Payment Processing Center,   PO Box 55156,
                 Boston, MA 02205-5156
518331261       E-mail/Text: kristin.villneauve@allianceoneinc.com Nov 05 2019 00:23:41
                 The Port Authority of NY & NJ,    c/o AllianceOne Receivables Management,   PO Box 3103,
                 Southeastern, PA 19398-3103
                                                                                             TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518364396      Camela Lameer
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                               Form ID: pdf901          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              David    Nigro     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net
              Denise E. Carlon     on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey E. Jenkins     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey M. Rosenthal     on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
               Master Participation Trust jrosenthal@lawfirm.ms,
               jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com
              Kevin Gordon McDonald     on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```