Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–22978–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Martinez
   aka Anthony Bracero
   24 Birch Terrace
   Parlin, NJ 08859

Social Security No.:
   xxx–xx–1860

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/22/2019 and a confirmation hearing on such Plan has been scheduled for 12/3/2019.

The debtor filed a Modified Plan on 11/20/2019 and a confirmation hearing on the Modified Plan is scheduled for 1/8/2020@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 20, 2019
JAN: vpm

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22978-MBK
Anthony Martinez                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 20, 2019
                              Form ID: 186             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
```
db              +Anthony Martinez,    24 Birch Terrace,    Parlin, NJ 08859-1104
cr              +WRI Property Management, LLC, Agent for LSFP Maste,    3630 Peachtree Rd NE, Suite 1400,
                  Atlanta, GA 30326-1823
518331249       +Deal Credit Corp,    174 Main Street, Suite 120,    Eatontown, NJ 07724-3439
518431189        Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518331250        Hackensack Meridian Health Physician Bil,    PO Box 419801,    Boston, MA 02241-9801
518331252        Lenox Hill Hospital,    c/o Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
518331254       +MTA Bridges and Tunnels,    c/o Transworld Systems, Inc.,    1105 Schrock Road, Suite 300,
                  Columbus, OH 43229-1174
518393798       +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                  Addison, Texas 75001-9013
518331253       +Medallion Bank,    1100 East 6600 South,    Suite 510,    Salt Lake City, UT 84121-7422
518331256       +NJ Doctors Urgent Care of Sayreville,    963 Route 9 North,    South Amboy, NJ 08879-3302
518331257        North Shore-LIJ Medical Group,    c/o Professional Claims Bureau, Inc.,    PO Box 9060,
                  Hicksville, NY 11802-9060
518364399       +Ralph Talerico,    128 Stobe Avenue,    Staten Island, NY 10306-3518
518351453       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518331258       +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
518331259        Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
518331260        Systems & Services Technologies, Inc.,    PO Box 5493,    Carol Stream, IL 60197-5493
518331262        Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
518331263       +WRI Property Management,    c/o Elisabete M. Rocha, Esquire,    3 Becker Farm Road, Suite 105,
                  Roseland, NJ 07068-1726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:41     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518429073       +E-mail/Text: g20956@att.com Nov 21 2019 00:53:15     AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
518331247       +E-mail/Text: DONNA@SAYREVILLE.COM Nov 21 2019 00:52:37     Borough of Sayreville,
                  Water and Sewer Utilities,    167 Main Street,    Sayreville, NJ 08872-1149
518331248        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 01:02:17      Capital One,
                  PO Box 6492,    Carol Stream, IL 60197-6492
518404371       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2019 01:05:01
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518451743       +E-mail/Text: bncmail@w-legal.com Nov 21 2019 00:52:54     CarePoint Health - Physican CHMG,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518406384       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 21 2019 00:53:23
                  Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
518364397        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 21 2019 00:53:23
                  Hyundai Motor Finance,    PO Box 660891,    Dallas, TX 75266-0891
518331251        E-mail/Text: cio.bncmail@irs.gov Nov 21 2019 00:51:59     IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
518331255        E-mail/Text: bkrpt@retrievalmasters.com Nov 21 2019 00:52:40     New Jersey E-Z Pass,
                  c/o RMCB,    PO BOX 1235,    Elmsford, NY 10523-0935
518364398        E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 21 2019 00:53:27
                  The Charter Oak Fire Insurance Co.,    c/o CCSC,    Payment Processing Center,    PO Box 55156,
                  Boston, MA  02205-5156
518331261        E-mail/Text: kristin.villneauve@allianceoneinc.com Nov 21 2019 00:51:33
                  The Port Authority of NY & NJ,    c/o AllianceOne Receivables Management,    PO Box 3103,
                  Southeastern, PA 19398-3103
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518364396        Camela Lameer
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Nov 20, 2019
                              Form ID: 186               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              David    Nigro    on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey E. Jenkins    on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey M. Rosenthal    on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
               Master Participation Trust jrosenthal@lawfirm.ms,
               jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com
              Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```