| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | **Order Filed on December 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>Anthony Martinez<br>Debtor | Case No.:<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: | 19-22978/MBK<br><br><br><br>December 3, 2019 at 9:00 a.m.<br><br>Honorable Michael B. Kaplan |

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER TO REIMPOSE AUTOMATIC STAY AS TO WRI PROPERTY MANAGEMENT

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: December 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reinstated as to WRI Property Management