MANDELBAUM SALSBURG, PC
Jeffery M. Rosenthal
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
973-736-4600
Attorney for Creditor, WRI Property Management

**United States Bankruptcy Court**
District of New Jersey

|  |  |  |
|---|---|---|
|  | Case ) | No. 19-22978 MBK |
| In re    Anthony Martinez, Debtor | ) | Chapter 13 |

## NOTICE OF MOTION TO VACATE THE ORDER TO REIMPOSE STAY AGAINST WRI PROPERTY MANAGEMENT

WRI PROPERTY MANGEMENT has filed papers with the Court to Vacate the Order to Reimpose the Automatic Stay as to WRI Property Management.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you wish to consult one).**

If you do not want the Court to grant relief sought in Motion, or if you want the Court to consider your view on the Motion, then on or before **December __, 2019**, you or your attorney must:

File with the Court a written request for a hearing {or, if the Court requires a written response, an answer, explaining your position} at:

Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

You must also mail a copy to:

4849-2962-2446, v. 1

        Mandelbaum Salsburg, PC
        Attorneys for the Creditor
        3 Becker Farm Road, Suite 105
        Roseland, NJ 07068

        Albert Russo
        1 AAA Drive, Suite 101
        Robbinsville, NJ 08691

     Attend the hearing to be held on **January \_\_, 2020** at 9:00 a.m. in the Courtroom of Judge Michael B. Kaplan, U.S.B.J., United States Bankruptcy Court, 402 East State Street, Trenton, N.J. 08608.

     If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.

     In the instant Motion the basis for the relief requested does not present complicated questions of fact or unique questions of law. I would submit, therefore, that no brief is necessary in the Court's consideration of this Motion.

Date: December 11, 2019

                /s/ Jeffrey M. Rosenthal
                Jeffrey M. Rosenthal, Esq.
                Mandelbaum Salsburg, PC
                3 Becker Farm Road, Suite 105
                Roseland, NJ 07068

MANDELBAUM SALSBURG, PC
Jeffery M. Rosenthal
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
973-736-4600
Attorney for Creditor, WRI Property Management

| | |
|---|---|
| IN THE MATTER OF:<br><br>Anthony Martinez, Debtor | UNITED STATES BANKRUPTCY<br>COURT FOR THE DISTRICT OF<br>NEW JERSEY<br><br>CHAPTER 13 CASE NO. 19-22978/MBK<br><br>CREDITORS CERTIFICATION IN<br>SUPPORT OF MOTION TO VACATE<br>STAY |

I, Heidi Melendez, by way of Certification hereby state:

1. I am the Evictions Coordinator for the Creditor, WRI Property Management and I am authorized to make this certification.

2. The Debtor, Anthony Martinez file a Motion to Reinstate the Automatic Stay on November 5, 2019.

3. The Debtor, Anthony Martinez in his Certification to the Court, certifies that he remained current with the post-petition rent payments which is not correct.

4. The November rent payment was due on November 1, 2019. The Debtor, Anthony Martinez Certification was signed and filed on November 5th 2019.

5. The Debtor, Anthony Martinez made payment for the November 1, 2019 rent payment on December 4, 2019.

6. Presently, the December1, 2019 rent is due. As of today's date, December 13, 2019, the Debtor, Anthony Martinez has not made the December 1, 2019 rent payment.

I certify that the foregoing statements made by me are true. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

Dated: December 13, 2019              /s/ Heidi Melendez
                                      Heidi Melendez, Evictions Coordinator for the
                                      Creditor, WRI PROPERTY MANAGMENT

4816-3014-6990, v. 1

MANDELBAUM SALSBURG, PC
Jeffery M. Rosenthal
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
973-736-4600
Attorney for Creditor, WRI Property Management

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Anthony Martinez, Debtor | CHAPTER 13 CASE NO. 19-22978/MBK |
| | HEARING DATE: January _, 2019 at 9:00 a.m. |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH LOCAL RULE OF BANKRUPTCY RULE 3(C)

In the instant Motion the basis for the relief requested does not present complicated questions of fact or unique questions of law. I would submit, therefore, that no brief is necessary in the Court's consideration of this Motion.

Dated: December 11, 2019

/s/ Jeffery M. Rosenthal
Jeffrey M. Rosenthal, Esq.
Mandelbaum Salsburg, PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068

4837-7238-8014, v. 1

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW
JERSEY

**MANDELBAUM SALSBURG, PC**
Jeffrey M. Rosenthal, Esq.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
(973) 736-4600
Attorneys for the Creditor, WRI PROPERTY MANAGMENT

| In Re: | Case No.: | 19-22978/MBK |
|---|---|---|
| Anthony Martinez<br>Debtor | Adv. No.: | |
| | Hearing Date: | January __, 2019 at 9:00 a.m. |
| | Judge: | Honorable Michael B. Kaplan |

## ORDER TO VACATE THE ORDER TO REIMPOSE STAY AGAINST WRI PROPERTY MANAGEMENT

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

This matter having been presented to the Court by Mandelbaum Salsburg, PC and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

    ORDERED that:

1. The automatic stay provisions to the bankruptcy code are hereby vacated as to WRI Property Management

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br><br><br>In Re:<br><br>Anthony Martinez, Debtor | Case No.: 19-22978<br><br>Chapter: 13<br><br>Adv. No.: ___<br><br>Hearing Date: ___<br><br>Judge: ___ |
|---|---|

## CERTIFICATION OF SERVICE

1. I, __Alexa Tierney__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jeffrey M. Rosenthal__, who represents __WRI Property Management__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 13, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion to Vacate the Order to Reimpose Stay Against WRI Property Management

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __12/13/19__        _____
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jenkins & Clayman<br>412 White Horse Pike<br>Audobon, NJ 08106 | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>1 AAA Drive<br>Suite 101<br>Robbinsville, NJ 08691 | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3