UNITED STATES BANKRUPTCY
COURT DISTRICT OF
NEW JERSEY

**MANDELBAUM SALSBURG, PC**
Ryan M. Buehler, Esq.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
(973) 736-4600
Attorneys for the Creditor, WRI PROPERTY MANAGMENT

Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Martinez
Debtor

Case No.: 19-22978/MBK

Adv. No.:

Hearing Date: January 14, 2019 at 9:00 a.m.

Judge: Honorable Michael B. Kaplan

**STANDING ORDER REGARDING RENTAL PAYMENTS BY DEBTOR TO WRI PROPERTY MANAGEMENT**

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: January 27, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

This matter having been presented to the Court by Mandelbaum Salsburg, PC, (Ryan M. Buehler, Esq. appearing) and the court having reviewed the motion and opposition filed by Jenkins & Clayman (Stephanie F. Ritigstein, Esq. appearing), and hearing oral argument on January 14, 2020 and for good cause having been shown, it is

ORDERED that:

1. Debtor shall pay all of the remaining January rent ($440) to WRI Property Management in good/certified funds on or before Friday, January 17, 2020;

2. If Debtor fails to comply with Paragraph 1, the Court will vacate the automatic stay provisions to the Bankruptcy Code as to WRI Property Management;

3. Beginning with the rent payment due February 1, 2020, if Debtor fails to make any future rental payments due on the first of the month, WRI Property Management shall submit a certification of default within 7 days of the default and request an order vacating stay relief pursuant to 11 U.S.C. § 362.

_____
HON. MICHAEL B. KAPLAN

4812-2611-6529, v. 1