UNITED STATES BANKRUPTCY
COURT DISTRICT OF
NEW JERSEY

**MANDELBAUM SALSBURG, PC**
Ryan M. Buehler, Esq.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
(973) 736-4600
Attorneys for the Creditor, WRI PROPERTY MANAGMENT

Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Anthony Martinez<br>Debtor | Case No.: 19-22978/MBK<br>Adv. No.:<br>Hearing Date: January 14, 2019 at 9:00 a.m.<br>Judge: Honorable Michael B. Kaplan |

**STANDING ORDER REGARDING RENTAL PAYMENTS BY DEBTOR TO WRI PROPERTY MANAGEMENT**

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: January 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4812-2611-6529, v. 1

This matter having been presented to the Court by Mandelbaum Salsburg, PC, (Ryan M. Buehler, Esq. appearing) and the court having reviewed the motion and opposition filed by Jenkins & Clayman (Stephanie F. Ritigstein, Esq. appearing), and hearing oral argument on January 14, 2020 and for good cause having been shown, it is

ORDERED that:

1. Debtor shall pay all of the remaining January rent ($440) to WRI Property Management in good/certified funds on or before Friday, January 17, 2020;

2. If Debtor fails to comply with Paragraph 1, the Court will vacate the automatic stay provisions to the Bankruptcy Code as to WRI Property Management;

3. Beginning with the rent payment due February 1, 2020, if Debtor fails to make any future rental payments due on the first of the month, WRI Property Management shall submit a certification of default within 7 days of the default and request an order vacating stay relief pursuant to 11 U.S.C. § 362.

_____
HON. MICHAEL B. KAPLAN

4812-2611-6529, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Martinez  
     Debtor

Case No. 19-22978-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 27, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.  
db        +Anthony Martinez,   24 Birch Terrace,    Parlin, NJ 08859-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          David    Nigro    on behalf of Debtor Anthony   Martinez jenkins.clayman@verizon.net  
          Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Jeffrey E. Jenkins    on behalf of Debtor Anthony   Martinez jenkins.clayman@verizon.net,  
           connor@jenkinsclayman.com  
          Jeffrey M. Rosenthal    on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP  
           Master Participation Trust jrosenthal@lawfirm.ms,  
           jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com  
          Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Stephanie F. Ritigstein    on behalf of Debtor Anthony   Martinez jenkins.clayman@verizon.net,  
           connor@jenkinsclayman.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 9