Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–22978–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anthony Martinez
aka Anthony Bracero
24 Birch Terrace
Parlin, NJ 08859

Social Security No.:
xxx–xx–1860

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             4/8/20
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 3, 2020
JAN: mrg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-22978-MBK
Anthony Martinez                                                            Chapter 13
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Mar 03, 2020
                             Form ID: 132           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db          +Anthony Martinez,   24 Birch Terrace,   Parlin, NJ 08859-1104
cr          +WRI Property Management, LLC, Agent for LSFP Maste,   3630 Peachtree Rd NE, Suite 1400,
             Atlanta, GA 30326-1823
518331249   +Deal Credit Corp,   174 Main Street, Suite 120,   Eatontown, NJ 07724-3439
518431189    Emergency Physician Associate North Jersey, PC,   PO Box 1123,   Minneapolis MN 55440-1123
518331250    Hackensack Meridian Health Physician Bil,   PO Box 419801,   Boston, MA 02241-9801
518331252    Lenox Hill Hospital,   c/o Arstrat, LLC,   PO Box 33720,   Detroit, MI 48232-3720
518331254   +MTA Bridges and Tunnels,   c/o Transworld Systems, Inc.,   1105 Schrock Road, Suite 300,
             Columbus, OH 43229-1174
518393798   +Medallion Bank,   c/o Systems & Services Technologies, Inc,   PO Box 9013,
             Addison, Texas 75001-9013
518331253   +Medallion Bank,   1100 East 6600 South,   Suite 510,   Salt Lake City, UT 84121-7422
518331256   +NJ Doctors Urgent Care of Sayreville,   963 Route 9 North,   South Amboy, NJ 08879-3302
518331257    North Shore-LIJ Medical Group,   c/o Professional Claims Bureau, Inc.,   PO Box 9060,
             Hicksville, NY 11802-9060
518364399   +Ralph Talerico,   128 Stobe Avenue,   Staten Island, NY 10306-3518
518351453   +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
518718787   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
             PO Box 245,   Trenton, NJ 08695-0245)
518331258   +Santander,   PO Box 961245,   Fort Worth, TX 76161-0244
518331259    Santander Consumer USA,   PO Box 660633,   Dallas, TX 75266-0633
518331260    Systems & Services Technologies, Inc.,   PO Box 5493,   Carol Stream, IL 60197-5493
518331262    Tolls by Mail Payment Processing Center,   PO Box 15183,   Albany, NY 12212-5183
518331263   +WRI Property Management,   c/o Elisabete M. Rocha, Esquire,   3 Becker Farm Road, Suite 105,
             Roseland, NJ 07068-1726


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518429073   +E-mail/Text: g20956@att.com Mar 04 2020 00:20:50      AT&T Mobility II LLC,
             %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
518331247   +E-mail/Text: DONNA@SAYREVILLE.COM Mar 04 2020 00:20:07      Borough of Sayreville,
             Water and Sewer Utilities,   167 Main Street,   Sayreville, NJ 08872-1149
518331248    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:23:07      Capital One,
             PO Box 6492,   Carol Stream, IL 60197-6492
518404371   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:22:39
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518451743   +E-mail/Text: bncmail@w-legal.com Mar 04 2020 00:20:24      CarePoint Health - Physican CHMG,
             C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518406384   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 04 2020 00:20:59
             Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
518364397    E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 04 2020 00:20:59
             Hyundai Motor Finance,   PO Box 660891,   Dallas, TX  75266-0891
518331251    E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:39      IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
518331255    E-mail/Text: bkrpt@retrievalmasters.com Mar 04 2020 00:20:09      New Jersey E-Z Pass,
             c/o RMCB,   PO BOX 1235,   Elmsford, NY 10523-0935
518364398    E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 04 2020 00:21:03
             The Charter Oak Fire Insurance Co.,   c/o CCSC,   Payment Processing Center,   PO Box 55156,
             Boston, MA  02205-5156
518331261    E-mail/Text: kristin.villneauve@allianceoneinc.com Mar 04 2020 00:19:13
             The Port Authority of NY & NJ,   c/o AllianceOne Receivables Management,   PO Box 3103,
             Southeastern, PA 19398-3103
                                                                                      TOTAL: 13


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518364396    Camela Lameer
                                                                        TOTALS: 1, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 03, 2020
                              Form ID: 132             Total Noticed: 32
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo    docs@russotrustee.com
            David  Nigro    on behalf of Debtor Anthony  Martinez jenkins.clayman@verizon.net
            Denise E. Carlon    on behalf of Creditor   Medallion Bank dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Jeffrey E. Jenkins    on behalf of Debtor Anthony  Martinez jenkins.clayman@verizon.net,
             connor@jenkinsclayman.com
            Jeffrey M. Rosenthal    on behalf of Creditor   WRI Property Management, LLC, Agent for LSFP
             Master Participation Trust jrosenthal@lawfirm.ms,
             jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com
            Kevin Gordon McDonald    on behalf of Creditor   Medallion Bank kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Stephanie F. Ritigstein    on behalf of Debtor Anthony  Martinez jenkins.clayman@verizon.net,
             connor@jenkinsclayman.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 9
```