UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Martinez

Case No.: 19-22978

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER TO VACATE STAY AS TO WRI PROPERTY MANAGEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

Ryan M. Buehler, Esq.
**MANDELBAUM SALSBURG, PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
(973) 736-4600
Attorneys for the Creditor
WRI PROPERTY MANAGMENT

| In Re: | Case No.: | 19-22978/MBK |
|---|---|---|
| Anthony Martinez, Debtor | | |

## ORDER TO VACATE STAY AS TO WRI PROPERTY MANAGEMENT

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

4841-5047-6726, v. 1

This matter having been presented to the Court by Mandelbaum Salsburg, PC by way of Certification of Default, in accordance with the January 27, 2020 Standing Order Regarding Rental Payments By Debtor to WRI Property Management, and for good cause having been shown, it is

ORDERED that:

1. The automatic stay provisions to the Bankruptcy Code are hereby vacated as to WRI Property Management pursuant to 11 U.S.C. § 362.

4841-5047-6726, v. 1