| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

**Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Martinez

Case No.: 19-22978

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER TO VACATE STAY AS TO WRI PROPERTY MANAGEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW
JERSEY

Ryan M. Buehler, Esq.
**MANDELBAUM SALSBURG, PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
(973) 736-4600
Attorneys for the Creditor
WRI PROPERTY MANAGMENT

| In Re: | Case No.: | 19-22978/MBK |
|---|---|---|
| Anthony Martinez, Debtor | | |

**ORDER TO VACATE STAY AS TO WRI PROPERTY MANAGEMENT**

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

4841-5047-6726, v. 1

This matter having been presented to the Court by Mandelbaum Salsburg, PC by way of Certification of Default, in accordance with the January 27, 2020 Standing Order Regarding Rental Payments By Debtor to WRI Property Management, and for good cause having been shown, it is

ORDERED that:

1. The automatic stay provisions to the Bankruptcy Code are hereby vacated as to WRI Property Management pursuant to 11 U.S.C. § 362.

4841-5047-6726, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Martinez  
     Debtor

Case No. 19-22978-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                  Page 1 of 1                  Date Rcvd: Mar 24, 2020
                                Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
db             +Anthony Martinez,    24 Birch Terrace,    Parlin, NJ 08859-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
      David    Nigro     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net
      Denise E. Carlon     on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jeffrey E. Jenkins     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Jeffrey M. Rosenthal     on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
       Master Participation Trust jrosenthal@lawfirm.ms,
       jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com
      Kevin Gordon McDonald     on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Ryan Michael Buehler     on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
       Master Participation Trust rbuehler@lawfirm.ms
      Stephanie F. Ritigstein     on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 10