Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–22978–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Martinez
   aka Anthony Bracero
   24 Birch Terrace
   Parlin, NJ 08859

Social Security No.:
   xxx–xx–1860

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/1/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 1, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-22978-MBK
Anthony Martinez                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 01, 2020
                              Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Anthony Martinez,    24 Birch Terrace,    Parlin, NJ 08859-1104
cr             +WRI Property Management, LLC, Agent for LSFP Maste,    3630 Peachtree Rd NE, Suite 1400,
                 Atlanta, GA 30326-1823
518331249      +Deal Credit Corp,    174 Main Street, Suite 120,    Eatontown, NJ 07724-3439
518431189       Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518331250       Hackensack Meridian Health Physician Bil,    PO Box 419801,    Boston, MA 02241-9801
518331252       Lenox Hill Hospital,    c/o Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
518331254      +MTA Bridges and Tunnels,    c/o Transworld Systems, Inc.,    1105 Schrock Road, Suite 300,
                 Columbus, OH 43229-1174
518393798      +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                 Addison, Texas 75001-9013
518331253      +Medallion Bank,    1100 East 6600 South,    Suite 510,    Salt Lake City, UT 84121-7422
518331256      +NJ Doctors Urgent Care of Sayreville,    963 Route 9 North,    South Amboy, NJ 08879-3302
518331257       North Shore-LIJ Medical Group,    c/o Professional Claims Bureau, Inc.,    PO Box 9060,
                 Hicksville, NY 11802-9060
518364399      +Ralph Talerico,    128 Stobe Avenue,    Staten Island, NY 10306-3518
518718787     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
518331260       Systems & Services Technologies, Inc.,    PO Box 5493,    Carol Stream, IL 60197-5493
518331262       Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
518331263      +WRI Property Management,    c/o Elisabete M. Rocha, Esquire,    3 Becker Farm Road, Suite 105,
                 Roseland, NJ 07068-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2020 02:47:18     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2020 02:47:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518429073      +EDI: CINGMIDLAND.COM Apr 02 2020 06:08:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518331247      +E-mail/Text: DONNA@SAYREVILLE.COM Apr 02 2020 02:47:11     Borough of Sayreville,
                 Water and Sewer Utilities,    167 Main Street,    Sayreville, NJ 08872-1149
518331248       EDI: CAPITALONE.COM Apr 02 2020 06:08:00     Capital One,    PO Box 6492,
                 Carol Stream, IL 60197-6492
518404371      +EDI: AIS.COM Apr 02 2020 06:08:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518451743      +E-mail/Text: bncmail@w-legal.com Apr 02 2020 02:47:22     CarePoint Health - Physican CHMG,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518406384      +EDI: HY11.COM Apr 02 2020 06:08:00     Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
518364397       EDI: HY11.COM Apr 02 2020 06:08:00     Hyundai Motor Finance,    PO Box 660891,
                 Dallas, TX 75266-0891
518331251       EDI: IRS.COM Apr 02 2020 06:08:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
518331255       EDI: RMCB.COM Apr 02 2020 06:08:00     New Jersey E-Z Pass,    c/o RMCB,    PO BOX 1235,
                 Elmsford, NY 10523-0935
518351453      +EDI: DRIV.COM Apr 02 2020 06:08:00     SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
518331258      +EDI: DRIV.COM Apr 02 2020 06:08:00     Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
518331259       EDI: DRIV.COM Apr 02 2020 06:08:00     Santander Consumer USA,    PO Box 660633,
                 Dallas, TX 75266-0633
518364398       EDI: CCS.COM Apr 02 2020 06:08:00     The Charter Oak Fire Insurance Co.,    c/o CCSC,
                 Payment Processing Center,    PO Box 55156,    Boston, MA 02205-5156
518331261       E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 02 2020 02:46:22
                 The Port Authority of NY & NJ,    c/o AllianceOne Receivables Management,    PO Box 3103,
                 Southeastern, PA 19398-3103
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518364396      Camela Lameer
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 01, 2020
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          David    Nigro    on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net
          Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeffrey E. Jenkins    on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey M. Rosenthal    on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
           Master Participation Trust jrosenthal@lawfirm.ms,
           jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com
          Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ryan Michael Buehler    on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP
           Master Participation Trust rbuehler@lawfirm.ms
          Stephanie F. Ritigstein    on behalf of Debtor Anthony    Martinez jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```