| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on April 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Anthony Martinez<br><br><br><br>Debtor(s) | Case No.: 19-22978 / MBK<br><br>Chapter 13<br><br>Hearing Date: 10/23/19  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Martinez  
    Debtor

Case No. 19-22978-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 01, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db          +Anthony Martinez,   24 Birch Terrace,   Parlin, NJ 08859-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

           Albert   Russo    docs@russotrustee.com  
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           David   Nigro    on behalf of Debtor Anthony   Martinez jenkins.clayman@verizon.net  
           Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Jeffrey E. Jenkins    on behalf of Debtor Anthony   Martinez jenkins.clayman@verizon.net,  
            connor@jenkinsclayman.com  
           Jeffrey M. Rosenthal    on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP Master Participation Trust jrosenthal@lawfirm.ms,  
            jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com  
           Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Ryan Michael Buehler    on behalf of Creditor    WRI Property Management, LLC, Agent for LSFP Master Participation Trust rbuehler@lawfirm.ms  
           Stephanie F. Ritigstein    on behalf of Debtor Anthony   Martinez jenkins.clayman@verizon.net,  
            connor@jenkinsclayman.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                     TOTAL: 10